Good. Well I hope you don't believe that!! You weren't.

Tuesday,Jan 03,2017,17:11

> I was just an instructor lol

Tuesday,Jan 03,2017,17:11

> I am just being sarcastic

Tuesday,Jan 03,2017,17:11

You were thrown into a business with a mad man!! Just a simple instructor. Lol

Tuesday,Jan 03,2017,17:11

Ok good 😁

Tuesday,Jan 03,2017,17:13

So I almost got snowed in at my moms. We had to shovel snow this morning and unbury the car.

Tuesday,Jan 03,2017,17:13

> Lol

Tuesday,Jan 03,2017,17:13

Over 2 1/2 ft of snow since yesterday. I'm at a hotel in Reno, fly out tomorrow.

Tuesday,Jan 03,2017,17:14

Ya they are expecting 7 days of more snow 😁

Tuesday,Jan 03,2017,17:25

GOVERNMENT EXHIBIT
CASE NO. 19-20693-cr-Seitz
EXHIBIT NO. 29-4