UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 19-20693-CR-SEITZ

UNITED STATES OF AMERICA,

v.

EMILIE VOISSEM,

    Defendant.
_____/

**ORDER ON CJA COUNSEL'S REQUEST FOR FEES AND COSTS**

On November 30, 2018, the Court appointed Reginald "Tony" Moss, Jr., Esq., to represent Defendant Emilie Voissem under the Criminal Justice Act, 18 U.S.C. § 3006A (the "CJA") [DE 10; Case No. 18-3696-MJ-JG, DE 2]. Counsel submitted to the Court a CJA voucher application for attorney's fees and costs, along with a supporting memorandum, pursuant to the U.S. Courts' *Guide to Judiciary Policy*, Vol. 7, Part A, Ch. 2.  The matter was referred to Magistrate Judge Lisette M. Reid for a Report and Recommendation on the reasonableness of the fees and costs, pursuant to 28 U.S.C. § 636 and Rule 1 of the Southern District of Florida Magistrate Judge Rules [DE 203].[1] At a hearing on the matter, Judge Reid directed Mr. Moss to file an Amended CJA Voucher [DE 206].

Judge Reid has issued a Report and Recommendation ("R&R"), which recommends Mr. Moss be paid $72,563.97 as fair and final compensation for his work on this matter [DE 213].  No objections to the R&R have been filed.  The Court

---

[1] Given the confidential nature of this matter, materials related to it and related docket entries have been sealed.

1

has conducted a *de novo* review of the record.  Additionally, the undersigned was the trial and sentencing judge in the case and, thus, was able to observe firsthand counsel's thorough and effective representation of a challenging client in a complex case.  Given these bases, the Court agrees with the R&R's factual findings that this case was both extended and complex, as well as with its noted calculations and deductions,[2] and adopts the R&R in its entirety.  Therefore, it is

ORDERED THAT

1. The Report and Recommendation on Defense Counsel's CJA Voucher Request [DE 213] is AFFIRMED and ADOPTED.

2. Reginald "Tony" Moss, Jr., Esq., is awarded $72,563.97 in attorney's fees and costs.

DONE AND ORDERED in Miami, Florida, this 7th day of December 2022.

_____
PATRICIA A. SEITZ
UNITED STATES SENIOR DISTRICT JUDGE

cc: The Honorable Lisette M. Reid
All counsel of record

---

[2] The R&R includes a minor scrivener's error for an entry concerning "Drafting and editing motion for permission to travel" on May 8, 2020 [DE 213 at 7].  In its *de novo* review, the Court reviewed the submitted entry. The error (which states two hours instead of one, and a one-dollar difference in counsel's rate) does not change the total amount deducted or the total recommended award.